CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
TO THE TWELFTH COURT OF APPEALS

APPELLATE NO:
TRIAL COURT NO F1521685

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/27/2015 1:55:53 PM
CATHY S. LUSK
Clerk

The State of Texas      *      IN THE 145TH DISTRICT COURT

VS      *      OF

Ronny Lee Williams      *      NACOGDOCHES COUNTY, TEXAS

The Records of my office reflect the following information in this case:

DEFENDANT WAS CONVICTED OF: Possession of a Controlled Substance

PUNISHMENT ASSESSED    **20 yrs TDCJ**

WAS THIS A REVOCATION OF PROBATION? _____ YES __x__NO

DEFENDANT IS: ___X__INCARERATED_____ OUT ON BOND _____ OUT ON PROBATION

IF ON BOND GIVE AMOUNT: $_____ DATE BOND POSTED: _____

SENTENCE IMPOSED ON:     05/19/2015

IF NO SENTENCE, ORDER APPEALED SIGNED:

WRITTEN NOTICE OF APPEAL WAS FILED ON 05/20/2015

TRIAL WAS HELD BEFORE THE COURT:

1. BY TRIAL COURT ONLY WITH NO JURY _____
2. WITH A JURY ON GUILT ONLY _____
3. WITH JURY ON PUNISHMENT ONLY _____
4. WITH JURY ON GUILT & PUNISHMENT ___xx___

MOTION FOR NEW TRIAL FILE___x__ YES____NO, If yes what date filed:

IF MOTION FOR NEW TRIAL WAS FILED AFTER NOTICE OF APPEAL, GIVE WRITTEN NOTICE TO THE COURT OF APPEALS IMMEDIATELY.

PRESIDING TRIAL COURT JUDGE:  Honorable Campbell Cox

TRIAL COURT REPORTER:  CANDACE PARKE

ADDRESS:    101 West Main

Nacogdoches, Texas  75961

WAS DEFENDANT DECLARED INDIGENT?__xx__YES___NO

DEFENDANT'S COUNSEL IS: RETAINED_____APPOINTED__xx____PRO SE____

DEFENDANT IS REPRESENTED ON APPEAL
Noel D. Cooper
117 N. Street Ste. 2
Nacogdoches, Texas 75961
Phone 936-564-9000
Fax     936-715-6022

DATED: July 27, 2015

LORETTA CAMMACK,  DISTRICT CLERK

BY:___*Laurie Phillips*___, DEPUTY CLERK

NOTE: MOTION FOR NEW TRIAL ATTACHED

FILED
NACOGDOCHES COUNTY
TEXAS

2015 JUN -5  AM 11: 42

*(signature)*
DISTRICT CLERK

**NO. F1521685**

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| VS. | § | 145TH JUDICIAL DISTRICT |
| | § | |
| RONNY LEE WILLIAMS | § | NACOGDOCHES COUNTY, TEXAS |

## MOTION FOR NEW TRIAL AND MOTION IN ARREST OF JUDGMENT

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ronny Lee Williams, the Defendant in the above styled and numbered cause, and files this Motion for New Trial and Motion in Arrest of Judgment pursuant to Rules 21 and 22 of the Texas Rules of Appellate Procedure, and in support thereof would show this court the following:

1.    The Defendant was sentenced on May 19, 2015.  This Motion, filed within the thirty-day timetable, is therefore timely.  A hearing must be commenced before the 75th day after the sentence, which is August 1, 2015, or this motion is overruled by operation of law.

2.    The verdict in this cause is contrary to the law and the evidence.  See Tex. R. App. P. 21.3.

3.    The trial court has the discretion to grant a new trial in the interests of justice, as the Court of Criminal Appeals has emphasized:

> For more than one hundred and twenty years, our trial judges have had the discretion to grant new trials in the interest of justice.  In *Mullins v. State*, 37 Tex. 337, 339-340 (1872-73), the Supreme Court, which at that time had criminal jurisdiction, held:

>> . . . The discretion of the District Court, in granting new trials, is almost the only protection to the citizen against the illegal or oppressive verdicts of prejudiced, careless, or ignorant juries, and we think the District Court should never hesitate to use that discretion whenever the ends of justice have not been attained by those verdicts.

*State v. Gonzalez*, 855 S.W.2d 692 (Tex. Crim. App. 1993).

4.    For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new trial on the

- 1 -

merits.

Respectfully submitted,

LAW OFFICES OF NOEL D. COOPER
117 North Street, Suite 2
Nacogdoches, Texas 75961
Telephone: (936) 564-9000
Telecopier: (936) 715-6022

By:_____
Noel D. Cooper
State Bar No. 00796397
noelcooper@noelcooper.com
Attorney for Ronny Lee Williams

## CERTIFICATE OF PRESENTMENT

By signature above, I hereby certify that a true and correct copy of the above and foregoing has been hand-delivered to the Office for the 145th Judicial District Court of Nacogdoches County, on this day, June 4, 2015.

## CERTIFICATE OF SERVICE

This is to certify that on June 4, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Nacogdoches County, 101 West Main Street, Nacogdoches, Texas, by hand delivery.

_____
Noel D. Cooper